55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| JOHNNY RAY MCFARLAND | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-256 |
| | § | |
| ALEX PEREZ, INVESTIGATOR GARCIA | § | |
| INVESTIGATOR VINSON, UNKNOWN | § | |
| OFFICER STEVENS, RICHARD | § | |
| GARCIA, M.D., AND POLICE | § | |
| OFFICER MON | § | |

## FINAL JUDGMENT

Pending before the Court is the Motion for Summary Judgment of Alex Perez.

IT IS GRANTED and Plaintiff's case is Dismissed with prejudice.

SIGNED this 9th day of December 1998.

John Wm. Black
United States Magistrate Judge